**Opinion issued December 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00796-CV

———————————

**JAY MARTIN BARRASH AND HEATHER M. LINN, Appellants**

**V.**

**JOSEPH LICATA, IV, LICATA CONSTRUCTION, LLC D/B/A CASA BELLA, TINA LICATA AND TARA GRUNDEMEIER, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-03890**

---

**MEMORANDUM OPINION**

Appellants have filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.